UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey W. Prill,  Civil 08-6040 PAM/FLN

    Plaintiff,

v.  REPORT & RECOMMENDATION

Social Security Administration,

    Defendant.

_____

1. The complaint in this case was filed on November 14, 2008.

2. On February 2, 2009, the Government filed an answer and filed the Administrative Record [##7 and 8].

3. On April 6, 2009, the Court issued an order [#10] granting Plaintiff's motion for extension of time to file his summary judgment motion. The order also stated that no further extensions would be granted.

4. To date, Plaintiff has not filed his motion for summary judgment and memorandum in support as required by the local rules.

## RECOMMENDATION

Based upon the foregoing, IT IS HEREBY RECOMMENDED that this case be dismissed for lack of prosecution.

DATED: June 4, 2009.  *s/ Frankli L. Noel*
    FRANKLIN L. NOEL
    United States Magistrate Judge

Pursuant to the Local Rules, any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, on or before **June 23, 2009**, written objections which specifically identify the portions of the proposed findings or recommendations to which objection is being made, and a brief in support thereof. A party may respond to the objecting

party's brief within ten days after service thereof. All briefs filed under the rules shall be limited to 3500 words. A judge shall make a de novo determination of those portions to which objection is made.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is, therefore, not appealable to the Circuit Court of Appeals.