UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey W. Prill,                                Civil No. 08-6040 (PAM/FLN)

       Plaintiff,

v.                                                     **ORDER**

Michael J. Astrue, Commissioner
of Social Security,

       Defendant.

_____

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Franklin L. Noel dated June 4, 2009. In the R&R, Magistrate Judge Noel recommended that the Court dismiss the case for lack of prosecution. No objections to the R&R have been filed in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1.      The R&R (Docket No. 11) is **ADOPTED**; and

2.      This matter is hereby **DISMISSED** for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Tuesday, June 30, 2009

                                                  *s/ Paul A. Magnuson*
                                                  Paul A. Magnuson
                                                  United States District Judge